No. 494. FLAKOWICZ *v.* ALEXANDER. C. C. A. 2d. Shank substituted as the party respondent. Certiorari denied. MR. JUSTICE MURPHY is of the opinion the petition for certiorari should be granted. *Hayden C. Covington* for petitioner. *Solicitor General Perlman, Assistant*

*Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for respondent. ▮